ALLCOM, LLC *v.* PLANNING AND ZONING
COMMISSION OF THE TOWN
OF SEYMOUR

The defendant's petition for certification for appeal from the Appellate Court (AC 30586) is denied.

*Timothy J. Lee*, in support of the petition.

*Ian Cole*, in opposition.

Decided May 6, 2009